**E-Filed 6/9/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH HENNING,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WACHOVIA MORTGAGE, FSB,<br><br>　　　　　　　Defendant. | Case Number 5:10-cv-03692-JF (PSG)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VACATE JUDGMENT AND TO TRANSFER CASE<br><br>[re: dkt entry 68 ] |

For good cause shown, the judgment entered in this case on May 17, 2011 is hereby VACATED. Plaintiff timely opted out of the class action settlement approved in *In re Wachovia Corporation*, Case No. 5:09-md-02015-JF (PSG); accordingly, his action was terminated in error. The Clerk of the Court shall reopen case no. 5:10-cv-03692-JF (PSG), and thereafter it shall transfer the case back to the District of Massachusetts.

　　　IT IS SO ORDERED.


DATED: 6/9/2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge